UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHY BUCH,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>MARIA ASUNCION ARAMBURUZABALA LARREGUI, et al.,<br><br>                    Defendant(s). | 23-CV-8854 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On November 8, 2023, Defendants filed a motion to dismiss the Complaint. *See* Dkt. No. 42. An order issued November 9, 2023, directed Plaintiff to file any amended complaint in response to the motion by December 1, 2023, and set a briefing schedule for any renewed motion to dismiss. *See* Dkt. No. 45. That order further stated that if Defendants renewed their motion to dismiss in response to the amended complaint, the original motion to dismiss would be denied as moot. *See id.* Plaintiff timely filed an amended complaint and Defendants timely renewed their motion to dismiss. *See* Dkt. Nos. 46, 47.

It is hereby **ORDERED** that Defendants' motion to dismiss the original complaint is **DENIED**, as moot. The parties shall comply with the previously-ordered briefing schedule regarding Defendants' renewed motion.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 42.

SO ORDERED.

Dated: January 2, 2024
       New York, New York

_____
DALE E. HO
United States District Judge